AO 91 (Rev. 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Robbie E. WILSON | ) | Case No. 2:26-mj-270 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 26, 2026 _____ in the county of _____ Franklin _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) & 924(a)(8) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____ *1752*
*Complainant's signature*

T. Livingston ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 28, 2026

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: _____ Columbus Ohio _____

**PROBABLE CAUSE AFFIDAVIT**
**ROBBIE E. WILSON**

I, Thomas Livingston, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2016. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Task Force Officer (TFO) since 2025. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint and arrest warrant against Robbie E. WILSON (referred to as WILSON) for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiants own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all the facts of which I am aware related to this investigation but rather is provided for the limited purpose of establishing probable cause that YOUNG committed the offense.

4. On April 26, 2026, Columbus Police officers pulled WILSON over in the area of Sullivant Avenue and Whitehtorne Avenue in Columbus, Ohio. WILSON was driving a silver Jeep SUV and failed to signal 100 feet prior to making a turn.

5. Officers approached the vehicle and made contact with WILSON, who was the driver and sole occupant of the Jeep. At that time WILSON advised officers that he had a handgun, in a holster, on his right hip. WILSON advised officers that he did not have a valid driver's license.

6. Officers removed WILSON from the vehicle and took custody of the firearm, a Zigana PX-9, 9mm pistol, bearing serial number T0620-20BM05294, and detained WILSON. Officers verified WILSON had a suspended driver's license and placed him under arrest for driving with a suspended driver's license.

7. Officers were made aware that WILSON had multiple prior felony convictions that prohibited WILSON from possessing a firearm. The convictions are as follows:
   a. On April 6, 2005, WILSON was convicted of Voluntary Manslaughter 2903.03 O.R.C., a felony of the first degree, in the Franklin County Court of Common Pleas case number 04 CR 006600.
   b. On April 6, 2005, WILSON was convicted of Having Weapons Under Disability 2923.13 O.R.C., a felony of the fourth degree, in the Franklin County Court of Common Pleas case number 04 CR 007375.
   c. On September 19, 2019, Wilson was convicted of Attempted Felonious Assault 2903.11 O.R.C., a felony of the third degree, and Having Weapons Under Disability 2923.13 O.R.C., a felony of the third degree, in the Franklin County Court of Common Pleas case number 19 CR 000417.

**PROBABLE CAUSE AFFIDAVIT**
**ROBBIE E. WILSON**

8. Officers read WILSON his Constitutional Rights and interviewed him. WILSON stated he knew he was prohibited from possessing a firearm due to his Voluntary Manslaughter conviction. WILSON stated he served approximately 13 years in prison for the conviction. WILSON stated he has the firearm because he works as an armed security guard.

9. Your Affiant has learned from an ATF Special Agent trained to determine the interstate nexus of firearms and ammunition that the described firearm meets the definition of a firearm as defined in 18 U.S.C. §§ 921(a)(3). The firearm was not manufactured in the state of Ohio.

10. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

11. Based on the information, your affiant believes probable cause exists that Robbie WILSON is in violation of 18 U.S.C. §§ 922 (g)(1) & 924 (a)(8) Felon in Possession of a Firearm. This affidavit is in support of a request for the issuance of a criminal complaint and arrest warrant for Robbie E. WILSON.

12. Based on this information, your affiant believes probable cause exists that WILSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, this is, a Zigana PX-9, 9mm pistol, bearing serial number T0620-20BM05294 , and the firearms were in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____ /752
ATF TFO Thomas Livingston

Sworn to and subscribed before me this day of __28th day of April__ , at _____ Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge